# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| PETER GRANT, | Civil No. 11-3328 (RHK/JJK) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| BEST BUY ENTERPRISES SERVICES, INC., | |
| Defendant. | |

In accordance with the parties' Stipulation of Dismissal with Prejudice (Doc. No. 12), **IT IS ORDERED** that the above-entitled action is **DISMISSED WITH PREJUDICE** and without fees or costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 8, 2012

                                          s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge